**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

July 3, 2026

**BY ECF**
Hon. Brian R. Martinotti
United States District Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

**Re: *Sanchez Lagos v. Blanche, et al.*, No. 26-7926 (BRM)**
**Petitioner's Release**

Dear Judge Martinotti:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's July 1, 2026, Text Order, ECF No. 3, which granted Petitioner's release within 24 hours. U.S. Immigration and Customs Enforcement confirmed that it released Petitioner on July 1, 2026, at approximately 1:10 p.m., under the same conditions that existed prior to detention, and with personal property. We therefore respectfully request the Court close this case.

We thank the Court for its attention to this matter.

SO ORDERED.

*Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: JULY 6, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (via *electronic filing*)